JACKSONVILLE, MAYPORT, PABLO RAILWAY & NAVIGATION COMPANY, APPELLANT, VS. JAMES M. SCHUMACHER AND JULIUS HAYDEN, APPELLEES.

Appeal from Circuit Court of Duval county.

*H. H. Buckman*, for Appellant.

*Fletcher & Wurts*, for Appellees.

The bill in this case was filed by the appellees against the appellant. There was decree granting an injunction, and the defendant appeals. The decree is affirmed.

Decision Per Curiam.